United States District Court
Southern District of Texas

**ENTERED**
July 27, 2026
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## GALVESTON DIVISION

| | | |
|---|---|---|
| ISAIAH MENDOZA, *et al.*, | § | |
| | § | |
| Plaintiffs. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 3:25-cv-00301 |
| | § | |
| LAKEVIEW LOAN SERVICING, | § | |
| LLC, | § | |
| | § | |
| Defendant. | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S
### MEMORANDUM AND RECOMMENDATION

On May 13, 2026, all pretrial matters in this case were referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). Dkt. 16. Judge Edison filed a memorandum and recommendation on July 7, 2026, recommending that Defendant's motion to dismiss (Dkt. 19) be granted. Dkt. 25.

On July 21, 2026, Plaintiffs filed their objections to the memorandum and recommendation. Dkt. 26. In accordance with 28 U.S.C. § 636(b)(1)(C), this court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.*; *see also* Fed. R. Civ. P. 72(b)(3).

The court has carefully considered the objections; the memorandum and recommendation; the pleadings; and the record. The court accepts Judge Edison's

2

memorandum and recommendation and adopts it as the opinion of the court. It is

therefore ordered that:

(1)    Judge Edison's memorandum and recommendation (Dkt. 25) is approved and adopted in its entirety as the holding of the court; and

(2)    Defendant's motion to dismiss (Dkt. 19) is granted.

SIGNED on Galveston Island this 27th day of July 2026.

_____

JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE